Brian S. Tretter, Esq.
FIDELITY NATIONAL LAW GROUP
105 Eisenhower Parkway, Suite 103
Roseland, NJ 07068
(973) 863-7019
Attorneys for Plaintiff/Creditor Chicago
Title Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HAROLD TISCHLER,<br><br>*Debtor* | Chapter 7<br>Case No.: 1-15-44128 (CEC) |
| CHICAGO TITLE<br>INSURANCE COMPANY,<br><br>*Plaintiff*<br>v.<br><br>HAROLD TISCHLER<br>*Defendant.* | Adversary No.: 15-01194 (CEC)<br><br>**BANKRUPTCY RULE 7007.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Bankruptcy Rule 7007.1, Plaintiff Chicago Title Insurance Company ("Plaintiff" or "Chicago Title"), by its attorneys, Fidelity National Law Group, the Law Division of Fidelity National Title Group makes the following disclosure:

1. Chicago Title, a Nebraska corporation is a non-governmental corporate party and that Chicago Title is a 100% owned subsidiary of Fidelity National Title Group, a Delaware corporation ("FNTG").

2. FNTG is a 100% wholly owned subsidiary of FNTG Holdings, LLC, a Delaware limited liability company ("FNTG Holdings").

3. FNTG Holdings is a 100% wholly owned subsidiary of Fidelity National Financial, Inc., a Delaware corporation ("FNF").

4. FNF is a publicly traded corporation, and the ultimate parent of Chicago Title.

Dated: December 4, 2015

                                        FIDELITY NATIONAL LAW GROUP
                                        105 Eisenhower Parkway, Suite 103
                                        Roseland, NJ 07068
                                        (973) 863-7019, Fax (973) 535-3407
                                        Attorneys for Chicago Title Insurance Company

                                        By: _____
                                             Brian S. Tretter