# United States Bankruptcy Court

## Eastern District of New York

| | |
|---|---|
| In re:<br><br>HAROLD TISCHLER,<br><br>    *Debtor* | Chapter 7<br><br>Case No.: 1-15-44128 (CEC) |
| CHICAGO TITLE<br>INSURANCE COMPANY,<br><br>    *Plaintiff*<br>v.<br><br>HAROLD TISCHLER<br>    *Defendant.* | Adversary No.: 15-1194 (CEC) |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:  HAROLD TISCHLER

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

                Clerk of the Bankruptcy Court

                By:_____

_____            Deputy Clerk
Date