BARRY R. FEERST & ASSOCIATES (BRF3836)
Attorneys for Defendants
194 South 8th Street
Brooklyn, NY 11211
t(718) 384-9111
f(718) 384-5999


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
In re:

                                        Chapter 7

                                        Case No.: 1-15-44128(CEC)

HAROLD TISCHLER,

                        *Debtor.*
----------------------------------X
CHICAGO TITLE INSURANCE COMPANY


                Plaintiff,          Adversary No.: 15-1194 (CEC)



        - against -



HAROLD TISCHLER,

                        Defendant.
----------------------------------X

**NOTICE OF MOTION FOR DISMISSAL PURSUANT TO FRCP 12(b)(6)**

    PLEASE TAKE NOTICE that, upon the annexed declaration of

YITZCHOK KOTKES, dated June 15, 2016, and the accompanying

Memorandum of Law, dated June 15, 2016, Defendant HAROLD TISCHLER

will move this Court, as soon as counsel may heard, for an order

dismissing the Complaint in this action as against him pursuant to

-1-

FRCP 12(b)(6) and for such other and further relief as the Court

deems just and proper.

                     BARRY R. FEERST & ASSOCIATES

              By:_____
                 YITZCHOK KOTKES (YK0338)
                 Attorney(s) for Defendant
                 Harold Tischler
                 194 South 8th Street
                 Brooklyn, New York 11211
                 (718) 384-9111

Dated: Brooklyn, New York
      June 15, 2016


To: Brian S. Tretter, Esq. - Via ECF
    Fidelity National Law Group
    Attorney for Plaintiff
    105 Eisenhower Parkway, Suite 103
    Roseland, NJ 07068
    (973) 863-7019