**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:

HAROLD TISCHLER,

       *Debtor*

Chapter 7

Case No.: 1-15-44128 (CEC)

---

CHICAGO TITLE
INSURANCE COMPANY,

       *Plaintiff*

v.

HAROLD TISCHLER

       *Defendant*.

Adversary No.: 15-1194 (CEC)

**ORDER DENYING MOTION**

---

UPON consideration of the submissions of the parties and the oral argument held on July 21, 2016:

IT IS HEREBY ORDERED Defendant's motion to dismiss this adversary proceeding (Doc. No. 19) is denied in its entirety.



Dated: Brooklyn, New York
      July 28, 2016

_____
**Carla E. Craig**
**United States Bankruptcy Judge**

1