**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> HAROLD TISCHLER, <br>　　　　*Debtor* | Chapter 7 <br> Case No.: 1-15-44128 (CEC) |
| CHICAGO TITLE <br> INSURANCE COMPANY, <br>　　　　*Plaintiff* <br> v. <br><br> HAROLD TISCHLER <br>　　　　*Defendant*. | Adversary No.: 15-1194 (CEC) <br><br> **ORDER** |

　　　　THIS MATTER having been brought before the Court by Brian S. Tretter, of Fidelity National Law Group, attorneys for Plaintiff Chicago Title Insurance Company's ("Chicago Title") an Order pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure compelling defendant Harold Tischler ("Tischler") to respond to Plaintiff's duly served document demands and interrogatories by a date certain; and this Court having considered the matter, including any and all opposition filed in response thereto and the arguments of counsel, and good cause having been shown,

IT IS ORDERED that Defendant Tischler shall respond to Plaintiff's interrogatories and document demands on or before October 14, 2016.



**Dated: Brooklyn, New York**
**September 22, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　**Carla E. Craig**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**