UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                  Chapter 7

HAROLD TISCHLER,                                                       Case No. 1-15-44128-cec

                                      Debtor.
-------------------------------------------------------------x

CHICAGO TITLE INSURANCE COMPANY,                     Adv. Pro. No. 1-15-01194-cec

                                      Plaintiff,

      v.

HAROLD TISCHLER,

                                      Defendant.
-------------------------------------------------------------x

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND SCHEDULING TRIAL

**WHEREAS**, the plaintiff, Chicago Title Insurance Company filed a motion for summary judgment (the "Motion") on April 13, 2018 (ECF No. 39); and

**WHEREAS**, the defendant Harold Tischler, filed opposition to the Motion on May 9, 2018 (ECF. Nos. 40-42) and the plaintiff thereafter filed a reply on May 10, 2018 (ECF No. 43); and

**WHEREAS**, a hearing on the Motion was held on May 17, 2018;

**NOW, THEREFORE**, **IT IS HEREBY**

**ORDERED**, that upon due deliberation thereof, the Motion is denied; and it is further

**ORDERED**, that the parties shall exchange exhibits and file a joint pre-trial order in the form available on the Court's website by **June 22, 2018**; and it is further

**ORDERED**, that the parties hereto shall appear for a trial in the above-captioned case before the Honorable Carla E. Craig, in Courtroom 3529 at the United States Bankruptcy Court

for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201, on **June 28, 2018** at **10:30 a.m.** and it is further

**ORDERED**, that the Court will not adjourn the trial or excuse the appearance by either party or its counsel unless a stipulation of settlement resolving these matters in their entirety is on file with the Clerk of the Court in Brooklyn, New York prior to **June 22, 2018** at **5:00 p.m**. Failure to appear at trial may result in the Court imposing sanctions in the form of preclusion of evidence or defenses, judgment by default, or other appropriate penalties. The trial date set forth in this Order shall not be extended or adjourned in the absence of good and sufficient cause being demonstrated to the Court in advance thereof.



**Dated: Brooklyn, New York**
**May 29, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**