# Fidelity National Law Group
### 105 EISENHOWER PARKWAY, SUITE 103
### ROSELAND, NJ 07068

**Conika Majumdar, Esq.**
Direct: (973) 863-7171
Fax: (973) 535-3407
Conika.Majumdar@fnf.com

November 27, 2018

**VIA ECF**
Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn NY 11201

  Re: **Chicago Title Ins. Co. v. Tischler**
    **Adv. No.: 15-01194 CEC**
    **Docket No.: 15-44128 CEC**

Dear Judge Craig:

  This office represents Plaintiff, Chicago Title Insurance Company, in the above referenced matter. Pursuant to the hearing held on November 1, 2018, Your Honor entered an Order on November 8, 2018, requiring Plaintiff to file further proof of the proposed Judgment amount by November 30, 2018. On November 2, 2018, we sent a request for the additional proofs, as outlined by the Court at the hearing, to counsel for Select Portfolio Servicing, Inc. ("SPS"). On November 7, 2018, we subpoenaed SPS for same, and have been working with their counsel to obtain the requested information. This morning, counsel for SPS advised that SPS needs additional time to respond to the subpoena.

  Therefore, Plaintiff respectfully requests an adjournment of forty-five (45) days for each of the dates in the Order entered on November 8, 2018, to allow time for the information to be provided to Plaintiff and filed with the Court, and to allow time for Defendants to file any response to same.

  I have the consent of my adversary for this request.

  If you have any questions, please do not hesitate to contact me.

             Respectfully Yours,

             /s/Conika Majumdar
             Conika Majumdar, Esq.

Cc: Marc Illish, Esq. – via ECF and electronic mail