UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

HAROLD TISCHLER,

                Debtor.

Chapter 7

Case No. 15-44128 (CEC)

----------------------------------------------------------------X
CHICAGO TITLE INSURANCE COMPANY,

                Plaintiff,

      v.

HAROLD TISCHLER,

                Defendant.

Adv. Pro. No. 15-1194 (CEC)

----------------------------------------------------------------X

## JUDGMENT

UPON the order fixing the amount of the judgment and directing entry of judgment against Debtor, Harold Tischler, it is hereby

**ORDERED, ADJUDGED, AND DECREED**, that Chicago Title Insurance Company is awarded judgment against Harold Tischler in the amount of $772,182.31, with post-judgment interest accumulating thereon at the statutory rate; and

It is hereby **FURTHER ORDERED, ADJUDGED, AND DECREED** that this judgment, in the amount of $772,182.31, shall be non-dischargeable, pursuant to Order dated July 11, 2018 (ECF No. 53) and 11 U.S.C. § 523(a)(2)(A); and

It is hereby **FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Chicago Title Insurance Company, may obtain an abstract of this judgment from this Bankruptcy Court and file this judgment with the Kings County Clerk's Office.



**Dated: Brooklyn, New York**
**March 25, 2019**

_____
      **Carla E. Craig**
**United States Bankruptcy Judge**