UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

## ABSTRACT OF JUDGMENT

Case No. 15-44128 (CEC)
Adv. Proc. No. 15-1194 (CEC)

| Names of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Harold Tischler<br>4316 17th Avenue<br>Brooklyn, NY 11204 | Chicago Title Insurance Company |

| Amount of Judgment | Names and Address of Attorneys | When Docketed |
|---|---|---|
| In the amount of $772,182.31, with post-judgment interest accumulating thereon at the statutory rate. | Attorney For Plantiff:<br>Conika Majumdar<br>Brian S Tretter<br>Fidelity National Law Group<br>105 Eisenhower Parkway<br>Suite 103<br>Roseland, NJ 07068<br><br>Attorney For Defendant:<br>Barry R Feerst<br>Marc Illish<br>Yitzchok Kotkes<br>Yehuda C. Morgenstern<br>Barry R. Feerst & Associates<br>194 South 8th Street<br>Brooklyn, NY 11211 | March 25, 2019 |

I CERTIFY, that the foregoing is a correct Abstract of Judgment.

Dated: Central Islip, New York
April 15, 2019

ROBERT A. GAVIN, JR.
Clerk of Court

By: K. Robinson

USBC_34

Rev. 4.26.16